

February 10, 2025

Hon. Zia M. Faruqui
United States Magistrate Judge
District of Columbia
333 Consititution Avenue N.W.
Washington D.C. 20001

Re:  <u>United States v. Nathan Breese</u>
      Case No. 24-mj-0229 (ZMF)

Your Honor,

      The above matter is scheduled for a telephonic Status Hearing on February 11, 2025.  Unfortunately, I am currently engaged in a homicide trial before Hon. Matthew J. Doran in Syracuse, New York and will not be able to attend.

      In addition, on January 21, 2025, the government filed a motion to dismiss this matter with prejudice.  We are respectfully joining that motion.  Thank you.

      Sincerely,

      */s/Michael Kasmarek*
      Michael A. Kasmarek, Esq.

KASMAREK LAW OFFICE
315-552-5620 | mak@kasmareklaw.com
440 East Washington Street, Syracuse, New York 13202
www.kasmareklaw.com