**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : Case No. 24-mj-229 |
| **NATHAN BREESE,** | : |
| **Defendant.** | : |

**ORDER**

Pursuant to the motion filed by the United States, it is hereby ordered that the Motion to Dismiss the Complaint pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this 20th day of February, 2025.

_____
HONORABLE JAMES E. BOASBERG
Chief Judge